**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DEANNA PAGANO,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>Defendants. | Case No. 2:25-cv-16309 (BRM) (JRA)<br><br>**ORDER** |

**THIS MATTER** is opened to the Court on the Report and Recommendation of the Honorable José R. Almonte, U.S.M.J., dated July 30, 2026 (ECF No. 18), wherein he recommends that Defendant Charles Schwab & Co., Inc.'s ("Defendant") motion to compel arbitration (ECF No. 6) be granted and the matter be stayed pending arbitration proceedings. The parties were given the opportunity to respond or object to Judge Almonte's Report and Recommendation by August 13, 2026, pursuant to Local Civil Rule 72.1(c)(2). To date, no party has responded or objected to the Report and Recommendation.

In recommending that the motion be granted, Judge Almonte found: (1) the technical defect identified in a declaration submitted by Defendant did not warrant denial of the motion (ECF No. 18 at 8–9); (2) the FAA applies to the "Confidentiality, Nonsolicitation, and Intellectual Property Ownership Agreement" (the "Agreement") (*id.* at 11); and (3) the Agreement was a clear and unambiguous waiver of rights, provided reasonable notice of the arbitration provision contained therein, and was a valid contract (*id.* at 17–19).

Having reviewed the docket and the Report and Recommendation, the Court agrees. Therefore, and for good cause appearing,

**IT IS** on this 17th day of August 2026,

**ORDERED** that the Report and Recommendation (ECF No. 18) is hereby **ADOPTED** in its entirety and entered; and it is further

**ORDERED** that the motion to compel (ECF No. 6) is **GRANTED** and the matter is stayed pending arbitration proceedings.

*/s/ Brian R. Martinotti*___________
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**